**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOMAN DAVOODI , et al. <br><br> Plaintiff(s), <br><br> v. <br><br> STATE FARM GENERAL INSURANCE COMPANY , et al. <br><br><br> Defendant(s). | CASE NO: <br> 2:25−cv−08898−FMO−PVC <br><br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated The 8th of May 2026

_____/s/_____
Fernando M. Olguin
United States District Judge